# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Efrain Reyes Knowles, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Magistrate Judge Clare R. Hochhalter, | ) | Case No. 1:19-cv-252 |
| Chief Daniel L. Hovland, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 455(a), I recuse myself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 26th day of November, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court